UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jay Connor,<br><br>        Plaintiff,<br><br>        Vs.<br><br>The Penn Mutual Life Insurance Company, Vantis Life Insurance Company, and John Doe<br><br>        Defendants. | C/A No. 2:20-cv-01366-DCN-MGB<br><br>**Pro Se Party's Answers to Rule 26.01 Interrogatories** |

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**None.**

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**I am requesting a jury trial for all claims because I prefer a jury of my peers hear the case.**

(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**The original claim was filed in Charleston County Magistrates Court because the plaintiff resides in Charleston County and call was received in Charleston County.**

(D) Is this action related in whole or in part to any other matter filed in this District whether civil or criminal? If so, provide:

(1) a short caption and the full case number of the related action;
(2) an explanation of how the matters are related; and
(3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

*Note:* Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**No.**

(E) [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party (ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

(F) [*Pro Se* **Defendants** only.] if you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Vantis has filed counterclaims asserting that I submitted an online form indicating interest in obtaining life insurance. The person(s) claiming that I submitted "a form that was publicly available on an internet website" has potential liability for the false allegations.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___14th___ day of ___May___, 20 _20_

_____Jay C. Corn_____
*Signature of Party Responding*