Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
Jayc650@gmail.com

October 20, 2020

Delivery via Email to: pro-sefilings@scd.uscourts.gov

Clerk of Court
United States District Court
District of South Carolina
Charleston Division
P.O. Box 835
Charleston, SC 29402

RE:   *Connor v. Vantis Life Insurance Company, et al.*
      Civil Action No. 2:20-cv-01366-DCN-MGB
      **REQUEST FOR SIGNATURE ON SUBPOENAS**

Dear Clerk:

Please find attached hereto a blank subpoena for the above referenced case. I am requesting your signature for four (4) subpoenas. Thank you in advance.

Sincerely,

*Jay C. Connor*

Jay C. Connor Plaintiff *Pro Se*
843-557-5724